**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPISCAN SYSTEMS, INC., | CV 18-10780 PA (Ex) |
| Plaintiff, | JUDGMENT OF DISMISSAL |
| v. | |
| PAUL D. GARNETT, et al., | |
| Defendants. | |

In accordance with the Court's March 8, 2019 minute order granting the Motion to Dismiss filed by Paul D. Garnett ("Defendant") and dismissing the Action for lack of personal jurisdiction over Defendant,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff Rapiscan Systems, Inc. take nothing and that Defendant shall have his costs of suit.

DATED: March 8, 2019

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE